UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CAROLYN MINER, | ) | Case No.: C-12-02622 PSG |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE** |
| v. | ) | |
| JP MORGAN CHASE, N.A., | ) | |
| Defendant. | ) | |

On September 4, 2012, a case management conference was scheduled to be held. None of the parties appeared for it. Accordingly,

IT IS HEREBY ORDERED that no later than September 25, 2012, Plaintiff Carolyn Miner is ordered to show cause in writing why the case should not be dismissed for failure to prosecute. Failure to comply with this order may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

Case No.: C 12-02622 PSG
ORDER TO SHOW CAUSE

1   IT IS SO ORDERED.

2
    Dated: 9/6/2012
3
                                                _____
                                                PAUL S. GREWAL
4                                               United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
    Case No.: C 12-02622 PSG
    ORDER TO SHOW CAUSE