UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAROLYN MINER,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>JP MORGAN CHASE, N.A.,<br><br>　　　　　Defendant.<br>_____ | Case No.: C 12-02622 PSG<br><br>**ORDER DISSOLVING ORDER TO SHOW CAUSE**<br><br>**(Re: Docket No. 6)** |

Because the parties failed to appear at a case management conference scheduled to be held on September 4, 2012, the court issued an order to show cause to Plaintiff Carolyn Miner ("Miner") why the case should not be dismissed for failure to prosecute.[1] On September 19, 2012, Miner responded that due to the last minute re-scheduling of the case management conference and the distance she would have been required to travel from her home to the courthouse, she was not able to attend the case management conference. Miner requests that the court continue the case management conference 45 days so that she can include additional allegations in the complaint and then serve Defendant JP Morgan Chase, N.A. ("JP Morgan"). Having reviewed the response,

　　　　IT IS HEREBY ORDERED that the September 6 order to show cause is DISSOLVED.

　　　　The case management conference will be continued to November 6, 2012 at 2PM.

---

[1] *See* Docket No. 6.

Case No. C 12-02622 PSG
ORDER

1 | **IT IS SO ORDERED**.

2 | Dated: 9/24/2012

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No. C 12-02622 PSG
ORDER