IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAROLYN MINER,<br><br>        Plaintiff(s),<br>v.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>        Defendant(s). | CASE NO. 5:12-cv-02622 EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the previous continuance of Defendant's Motion to Dismiss (see Docket Item No. 24) as well as the fact that neither party filed a statement in anticipation of the conference, the Case Management Conference currently scheduled for February 15, 2013, is CONTINUED to **March 22, 2013, at 10:00 a.m.** The parties shall file a Joint Case Management Statement, or separate statements if appropriate pursuant to Local Civil Rule 16-9(a), on or before **March 15, 2013.**

**IT IS SO ORDERED.**

Dated: February 12, 2013

                                        EDWARD J. DAVILA
                                        United States District Judge