**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAROLYN MINER, | CASE NO. 5:12-cv-02622 EJD |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| JP MORGAN CHASE BANK, N.A., | |
| Defendant(s). | |

        In light of the previous continuance of Defendant's Motion to Dismiss (see Docket Item No. 24) as well as the fact that neither party filed a statement in anticipation of the conference, the Case Management Conference currently scheduled for February 15, 2013, is CONTINUED to **March 22, 2013, at 10:00 a.m.**  The parties shall file a Joint Case Management Statement, or separate statements if appropriate pursuant to Local Civil Rule 16-9(a), on or before **March 15, 2013.**

**IT IS SO ORDERED.**

Dated:  February 12, 2013

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:12-cv-02622 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE